In re: Francis H. GEORGE, Petitioner.

No. 10–1779.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 5, 2010.

Decided: Aug. 12, 2010.

Francis H. George, Petitioner Pro Se.

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francis H. George petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his habeas corpus petition, filed pursuant to 28 U.S.C.A. § 2241 (West 2006 & Supp.2010). He seeks an order from this court directing the district court to act. We find under the facts before us that the alleged delay does not warrant mandamus relief.* Therefore, although we deny the petition for writ of mandamus, we grant leave to proceed in forma pauperis, and deny the pending motion in this court to expedite as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

---

* In his mandamus petition George recites that several motions for preliminary relief have not yet been addressed by the district court.

In light of George's imminent release date, we expect the district court to give prompt consideration to these motions.

fore the court and argument would not aid the decisional process.

*PETITION DENIED.*